UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re: KITCHENS, JR., HARRY M.          § Case No. 07-79141-MHM
                                        §
                                        §
Debtor(s)                               §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 14, 2007. The undersigned trustee was appointed on October 07, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $         20,000.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 136.72 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]          $ | 19,863.28 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/09/2008 and the deadline for filing governmental claims was 05/09/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,750.00, for a total compensation of $2,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $55.30, for total expenses of $55.30.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/17/2013    By: /s/S. GREGORY HAYS
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-79141-MHM  **Trustee:** (300320) S. GREGORY HAYS
**Case Name:** KITCHENS, JR., HARRY M.  **Filed (f) or Converted (c):** 11/14/07 (f)
  **§341(a) Meeting Date:** 12/19/07
**Period Ending:** 10/17/13  **Claims Bar Date:** 05/09/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH | 10.00 | 0.00 | | 0.00 | FA |
| 2 | PERSONAL CHECKING ACCOUNT WITH WACHOVIA | 200.00 | 0.00 | | 0.00 | FA |
| 3 | BEDROOM FURNITURE, LIVING ROOM FURNITURE, KITCHE<br>    NETTE, ELECTRONICS, HOUSEHOLD ACCESSORIES, CROCKERY, TOOLS | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | WATCHES | 300.00 | 0.00 | | 0.00 | FA |
| 5 | ORDINARY ITEMS OF CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 6 | SMALL FIREARMS | 500.00 | 0.00 | OA | 0.00 | FA |
| 7 | IRA WITH WACHOVIA BANK | 2,600.00 | 0.00 | | 0.00 | FA |
| 8 | 100% OUTSTANDING STOCK IN HMK ENTERPRISES, INC.<br>    Trustee sold stock to debtor per Order, docket # 39. | 1.00 | 0.00 | | 20,000.00 | FA |
| 9 | 100% OUTSTANDING STOCK IN HTJ ENTERPRISES, INC. | 1.00 | 0.00 | | 0.00 | FA |
| 10 | DEBT OWED TO DEBTOR BY HMK ENTERPRISES, INC.<br>    See asset # 8. | 130,229.00 | 0.00 | | 0.00 | FA |
| 11 | DEBT OWED TO DEBTOR BY HTJ ENTERPRISES, INC. | 107,757.00 | 0.00 | | 0.00 | FA |
| 12 | 1995 GMC PICKUP TRUCK (246,000 MI.) | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 13 | 2003 CHEVROLET TAHOE K1500 | 15,925.00 | 0.00 | OA | 0.00 | FA |
| 13 | **Assets    Totals** (Excluding unknown values) | **$260,523.00** | **$0.00** | | **$20,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 10/17/2013 01:52 PM    V.13.13

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-79141-MHM  **Trustee:** (300320) S. GREGORY HAYS
**Case Name:** KITCHENS, JR., HARRY M.  **Filed (f) or Converted (c):** 11/14/07 (f)
  **§341(a) Meeting Date:** 12/19/07
**Period Ending:** 10/17/13  **Claims Bar Date:** 05/09/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   September 30, 2009        **Current Projected Date Of Final Report (TFR):**    October 31, 2013

Printed: 10/17/2013 01:52 PM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-79141-MHM | | Trustee: | S. GREGORY HAYS (300320) |
|---|---|---|---|---|
| Case Name: | KITCHENS, JR., HARRY M. | | Bank Name: | STERLING BANK |
| | | | Account: | ********41 - Checking Account |
| Taxpayer ID #: | **-***2280 | | Blanket Bond: | $81,385,000.00  (per case limit) |
| Period Ending: | 10/17/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)                                                                                                    Printed: 10/17/2013 01:52 PM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-79141-MHM | | Trustee: | S. GREGORY HAYS (300320) |
|---|---|---|---|---|
| Case Name: | KITCHENS, JR., HARRY M. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****784966 - Checking Account |
| Taxpayer ID #: | **-***2280 | | Blanket Bond: | $81,385,000.00  (per case limit) |
| Period Ending: | 10/17/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/07/13 | {8} | Ragsdale, Beales | Sale of HMK Enterprises stock per Order, Dkt # 39. | 1129-000 | 20,000.00 | | 20,000.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.05 | 19,977.95 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.81 | 19,951.14 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.56 | 19,919.58 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.65 | 19,890.93 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.65 | 19,863.28 |
| | | | ACCOUNT TOTALS | | 20,000.00 | 136.72 | $19,863.28 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 20,000.00 | 136.72 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $20,000.00 | $136.72 | |

Net Receipts : 20,000.00
_____
Net Estate : $20,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********41 | 0.00 | 0.00 | 0.00 |
| Checking # ****784966 | 20,000.00 | 136.72 | 19,863.28 |
| | $20,000.00 | $136.72 | $19,863.28 |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 9, 2008

**Case Number:** 07-79141-MHM  
**Debtor Name:** KITCHENS, JR., HARRY M.

Page: 1

**Date:** October 17, 2013  
**Time:** 01:52:46 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM1 200 | S. Gregory Hays<br>3343 Peachtree Road, NE<br>Suite 200<br>Atlanta, GA 30326 | Admin Ch. 7 | | $2,750.00 | $0.00 | 2,750.00 |
| ADM1 200 | S. Gregory Hays<br>3343 Peachtree Road, NE<br>Suite 200<br>Atlanta, GA 30326 | Admin Ch. 7 | | $55.30 | $0.00 | 55.30 |
| ADM3 200 | Ragsdale, Beals, Seigler, Patterson & Gray, LLP<br>c/o Edgar Mangiafico<br>229 Peachtree St NE, Ste. 2400<br>Atlanta, GA 30303-1629 | Admin Ch. 7 | | $4,552.50 | $0.00 | 4,552.50 |
| ADM4 200 | Ragsdale, Beals, Seigler, Patterson & Gray, LLP<br>c/o Edgar Mangiafico<br>229 Peachtree St NE, Ste. 2400<br>Atlanta, GA 30303-1629 | Admin Ch. 7 | | $25.08 | $0.00 | 25.08 |
| ADM5 200 | Paul A. Jones & Co, LLC, CPA's<br>750 Hammond Drive<br>Building 12, Suite 310<br>Atlanta, GA 30328 | Admin Ch. 7 | | $5,295.00 | $0.00 | 5,295.00 |
| ADM6 200 | Paul A. Jones & Co, LLC, CPA's<br>750 Hammond Drive<br>Building 12, Suite 310<br>Atlanta, GA 30328 | Admin Ch. 7 | | $4.40 | $0.00 | 4.40 |
| 3P 570 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | Priority | | $177,100.79 | $0.00 | 177,100.79 |
| 7P 570 | Georgia Dept. of Revenue<br>Bankruptcy Section<br>P. O. Box 161108<br>Atlanta, GA 30321 | Priority | Replaced by Claim # 7P-2. | $0.00 | $0.00 | 0.00 |
| 7P-2 570 | Georgia Department of Revenue<br>1800 Century Blvd NE Suite 9100<br>Atlanta, GA 30345 | Priority | Replaces Claim # 7P. | $309,306.47 | $0.00 | 309,306.47 |
| 3S 100 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | Secured | The Trustee did not administer assets to which the secured creditor's lien would attach.  Therefore, creditor is not entitled to a distribution of the estate funds. | $260,523.00 | $0.00 | 260,523.00 |
| 1 610 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $25,347.70 | $0.00 | 25,347.70 |
| 2 610 | Household Bank (SB), N.A.<br>eCAST Settlement Corporation<br>c/o Bass & Associates, P.C. 3936 E. Ft.<br>Tucson, AZ 85712 | Unsecured | | $3,339.88 | $0.00 | 3,339.88 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 9, 2008

**Case Number:** 07-79141-MHM  
**Debtor Name:** KITCHENS, JR., HARRY M.

Page: 2

**Date:** October 17, 2013  
**Time:** 01:52:46 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $7,073.86 | $0.00 | 7,073.86 |
| 5 610 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $22,357.33 | $0.00 | 22,357.33 |
| 6 610 | LVNV Funding LLC its successors and assigns as<br>assignee of Citibank<br>Resurgent Capital Services PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $6,468.36 | $0.00 | 6,468.36 |
| 7U 610 | Georgia Dept. of Revenue<br>Bankruptcy Section<br>P. O. Box 161108<br>Atlanta, GA 30321 | Unsecured | Replaced by Claim # 7U-2. | $0.00 | $0.00 | 0.00 |
| 7U-2 610 | Georgia Department of Revenue<br>1800 Century Blvd NE Suite 9100<br>Atlanta, GA 30345 | Unsecured | Replaces Claim # 7U. | $7,817.18 | $0.00 | 7,817.18 |
| 8 610 | FIA CARD SERVICES, N.A./BANK OF AMERICA<br>by American InfoSource L.P. as its agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | | $30,345.05 | $0.00 | 30,345.05 |
| << Totals >> | | | | 862,361.90 | 0.00 | 862,361.90 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-79141-MHM
Case Name: KITCHENS, JR., HARRY M.
Trustee Name: S. GREGORY HAYS

**Balance on hand:**  $  19,863.28

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3S | Internal Revenue Service | 260,523.00 | 260,523.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $  0.00
Remaining balance:  $  19,863.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 2,750.00 | 0.00 | 2,750.00 |
| Trustee, Expenses - S. Gregory Hays | 55.30 | 0.00 | 55.30 |
| Attorney for Trustee, Fees - Ragsdale, Beals, Seigler, Patterson & Gray, LLP | 4,552.50 | 0.00 | 4,552.50 |
| Attorney for Trustee, Expenses - Ragsdale, Beals, Seigler, Patterson & Gray, LLP | 25.08 | 0.00 | 25.08 |
| Accountant for Trustee, Fees - Paul A. Jones & Co, LLC, CPA's | 5,295.00 | 0.00 | 5,295.00 |
| Accountant for Trustee, Expenses - Paul A. Jones & Co, LLC, CPA's | 4.40 | 0.00 | 4.40 |

Total to be paid for chapter 7 administration expenses:  $  12,682.28
Remaining balance:  $  7,181.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $  0.00
Remaining balance:  $  7,181.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $486,407.26 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3P | Internal Revenue Service | 177,100.79 | 0.00 | 2,614.60 |
| 7P | Georgia Dept. of Revenue | 0.00 | 0.00 | 0.00 |
| 7P-2 | Georgia Department of Revenue | 309,306.47 | 0.00 | 4,566.40 |

Total to be paid for priority claims:  $    7,181.00
Remaining balance:  $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 102,749.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Discover Bank/DFS Services LLC | 25,347.70 | 0.00 | 0.00 |
| 2 | Household Bank (SB), N.A. | 3,339.88 | 0.00 | 0.00 |
| 4 | American Express Centurion Bank | 7,073.86 | 0.00 | 0.00 |
| 5 | American Express Bank FSB | 22,357.33 | 0.00 | 0.00 |
| 6 | LVNV Funding LLC its successors and assigns as | 6,468.36 | 0.00 | 0.00 |
| 7U | Georgia Dept. of Revenue | 0.00 | 0.00 | 0.00 |
| 7U-2 | Georgia Department of Revenue | 7,817.18 | 0.00 | 0.00 |
| 8 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 30,345.05 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $    0.00
Remaining balance:  $    0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**